THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DENNIS, on behalf of FutureSelect Prime Advisor II, LLC as a member, on behalf of the Rye Select Broad Market Funds as a Limited Partner,<br><br>                    Plaintiff,<br><br>     v.<br><br>TREMONT GROUP HOLDINGS, INC., TREMONT PARTNERS, INC., RYE INVESTMENT MANAGEMENT (a.k.a. RYE INVESTMENTS INC.), OPPENHEIMER ACQUISITION CORPORATION, OPPENHEIMERFUNDS, INC., MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, ROBERT I. SCHULMAN, JIM MITCHELL, JOHN V. MURPHY, KPMG L.L.P., BANK OF NEW YORK MELLON CORPORATION, BNY ALTERNATIVE INVESTMENT SERVICES, INC., FUTURESELECT PORTFOLIO MANAGEMENT, INC., and RON WARD,<br><br>                    Defendants,<br><br>     -and-<br><br>FUTURESELECT PRIME ADVISOR II, LLC RYE SELECT BROAD MARKET FUND LP, RYE SELECT BROAD MARKET PRIME FUND LP, AND RYE SELECT BROAD MARKET XL FUND LP,<br><br>                    Nominal Defendants. | No. C09-0315 TSZ<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) WITHOUT PREJUDICE |

NOTICE OF VOLUNARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) WITHOUT PREJUDICE
Case No. C09-0315 TSZ
010118-11  300429 V1



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1

2  Plaintiff, John Dennis, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby files this Notice

3 of Voluntary Dismissal without prejudice. Rule 41(a)(1)(A)(i) applies to this action because the

4 opposing parties have neither served an answer nor otherwise moved for summary judgment, and

5 the class claims have not been certified. In addition, Plaintiff has joined in the consolidated

6 litigation entitled "In Re Tremont Securities law, State Law and Insurance litigation" pending in

7 Southern District of New York.

8
 DATED: April 29, 2009.
9

10                                    HAGENS BERMAN SOBOL SHAPIRO LLP

11

12
                          By:   s/ Steve W. Berman
13                              Steve W. Berman, WSBA #12536
                          1301 Fifth Avenue, Suite 2900
14                        Seattle, WA  98101
                          Telephone:  (206) 623-7292
15                        Facsimile:  (206) 623-0594

16                        Reed Kathrein
                          HAGENS BERMAN SOBOL SHAPIRO LLP
17                        715 Hearst Avenue, Suite 202
                          Berkeley, CA  94710
18                        Telephone:  (510) 725-3000
                          Facsimile:  (501) 725-3001
19
                          Lee M. Gordon
20                        HAGENS BERMAN SOBOL SHAPIRO LLP
                          700 South Flower St., Suite 2940
21                        Los Angeles, CA  90017-4101
                          Telephone:  (213) 330-7150
22                        Facsimile:  (213) 330-7152

23                        *Attorneys for Plaintiff*

24

25

26

NOTICE OF VOLUNARY DISMISSAL PURSUANT TO FED. R.
CIV. P. 41(a) WITHOUT PREJUDICE
Case No. C09-0315 TSZ
010118-11 300429 V1



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

# **CERTIFICATE OF SERVICE**

On April 29, 2009, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Also on April 29, 2009, a copy of the foregoing document was served on the following non-ECF participant in the manner indicated:

**Via Hand Delivery**
Tremont Group Holdings, Inc.
c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY  10022

**Via Hand Delivery**
Tremont Partners, Inc.
c/o Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY  10022

Executed this 29th day of April, 2009, in Seattle, Washington.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____s/ Steve W. Berman_____
        Steve W. Berman, WSBA #12536

NOTICE OF VOLUNARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) WITHOUT PREJUDICE
Case No. C09-0315 TSZ
010118-11  300429 V1

HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594